ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration
RYAN TA LU, Oregon state bar #105902
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (206) 615-2034
    Ryan.lu@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO DELEON,<br><br>       Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.: 1:25-cv-01497-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 13) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from February 23, 2026, up to and including March 25, 2025.  This is the Defendant's first request for an extension.

Defendant requests this extension to explore settlement options in this case. The undersigned counsel for Defendant's is currently in discussions with the relevant agency component but needs more time to explore settlement options and negotiate with Plaintiff, as necessary. If settlement is not possible, the undersigned Defendant's counsel needs more time to draft a response to Plaintiff's Motion for Summary Judgment.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  February 23, 2026

/s/  *Francesco P. Benavides* *
(*as authorized via e-mail on February 23, 2026)
FRANCESCO P. BENAVIDES
Attorney for Plaintiff

Dated: February 23, 2026

Eric Grant
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By:    /s/  *Ryan T. Lu*
RYAN T. LU
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 13), IT IS SO ORDERED that Defendant shall have an extension, up to and including **March 25, 2026**, to respond to Plaintiff's Motion for Summary Judgment.

All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:    **February 23, 2026**                    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; Order 1:25-cv-01497-SKO                    2