ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration
RYAN TA LU, Oregon state bar #105902
Special Assistant United States Attorney
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (206) 615-2034
        Ryan.lu@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO DELEON, | Case No.: 1:25-cv-01497-SKO |
| Plaintiff, | **STIPULATION AND UNOPPOSED MOTION RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER** |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 15) |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the administrative law judge (ALJ) to:

- Reevaluate the medical opinions and prior administrative medical findings;

- Reevaluate Plaintiff's residual functional capacity;

- Obtain supplemental vocational expert evidence, as necessary, to clarify the effect of the assessed limitations on Plaintiff's occupational base consistent with Social Security Ruling 24-3p;

1

- Offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

Respectfully submitted,

Dated:  March 18, 2026

/s/  *Francesco P. Benavides\**
(*as authorized via e-mail on March 18, 2026)
FRANCESCO P. BENAVIDES
Attorney for Plaintiff

Dated: March 18, 2026

Eric Grant
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By:   /s/  *Ryan T. Lu*
RYAN T. LU
Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), (Doc. 15), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the

case to an administrative law judge for a new decision in accordance with the parties' Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall therefore close the case.

IT IS SO ORDERED.

Dated:   **March 19, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE